UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| FSI-TEXVAL, LLC | § § | CASE NO. 11-11424-cag |
| (Debtor) | § | (Chapter 11) |

## AFFIDAVIT OF MARK C. TAYLOR IN SUPPORT OF DEBTOR'S APPLICATION TO APPROVE EMPLOYMENT OF COUNSEL

| | |
|---|---|
| STATE OF TEXAS | § § |
| COUNTY OF TRAVIS | § |

The undersigned, Mark C. Taylor, being duly sworn states:

1. "I am an attorney licensed to practice law in the State of Texas and the United States District Court for the Western District of Texas. I am a partner in the law firm of Hohmann, Taube & Summers, L.L.P. (the "Firm"), which has offices at 100 Congress, Suite 1800, Austin, Texas, 78701, Telephone: (512) 472-5997, Telecopy: (512) 472-5248.

2. Debtor in the above-captioned Chapter 11 case seeks to employ the Firm as its counsel under a general retainer. Amer Hammoud, the Debtor's Manager and Member, has agreed to pay a retainer of $15,000 from non-debtor funds. The Firm has agreed to represent the Debtor on an hourly basis, subject to approval of fees and expenses by the Bankruptcy Court.

3. After diligent inquiry, I am not aware of any connection or conflict which I or the Firm have with any party with an interest adverse to or connected with those represented by the Debtor.

Further, Affiant sayeth not.

_____
Mark C. Taylor

SUBSCRIBED and SWORN TO BEFORE ME the undersigned authority this the 8th day of July, 2011, to certify which witness my hand and seal of office.


_____
Notary Public, State of Texas