# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| In Re: § | |
| § | CASE NO. 11-11424-cag |
| FSI-TEXVAL, LLC, § | |
| § | Chapter 11 |
| Debtor. § | |

## WELLS FARGO'S WITNESS AND EXHIBIT LIST FOR
## HEARING ON MOTION TO LIFT STAY AND MOTION TO DISMISS

Wells Fargo Bank, N.A. ("Wells Fargo"), submits the following Witness and Exhibit List for the hearing on its Motion to Lift Stay and Motion to Dismiss, scheduled for September 30, 2011 at 1:30 p.m.

Wells Fargo reserves the right to amend and/or supplement this list and re-order the witnesses or exhibits set forth herein. In addition, Wells Fargo may offer additional witnesses or exhibits for cross-examination, rebuttal and/or impeachment purposes. Wells Fargo may not offer all of the exhibits on the following list and some exhibits may be offered only for rebuttal or impeachment purposes. In addition, Wells Fargo reserves the right to offer into evidence any exhibit listed by any other party on their exhibit list.

## WITNESS LIST

Wells Fargo intends to call the following witnesses to testify as to this matter:

Jeff Austin, of Wells Fargo;

W.F. Smith, of W.F. Smith Company; and

Amer Hammoud.

# EXHIBIT LIST

| EXH. NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED Yes/No |
|---|---|---|---|---|
| 1 | Debtor's Petition for Relief | | | |
| 2 | Debtor's Schedules and Summary | | | |
| 3 | Debtor's SOFA | | | |
| 4 | Promissory Note between TexVal L.P. and Wachovia | | | |
| 5 | Extension on Promissory Note | | | |
| 6 | Deed of Trust on 735 Louis Henna Blvd. in favor of Wachovia | | | |
| 7 | Assumption by FSI-TexVal LLC | | | |
| 8 | Assumption Agreement by FSI-TexVal LLC | | | |
| 9 | Email Correspondence between Amer Hammoud and Mary Tiller regarding Property Taxes Loan Documents | | | |
| 10 | Email Correspondence between Jeff Austin and Amer Hammoud regarding Payment of Real Property Taxes | | | |
| 11 | Deed of Trust between FSI-TexVal LLC and Property Tax Solutions | | | |
| 12 | Wells Fargo Notice of Foreclosure Sale Set for June 7, 2011 | | | |
| 13 | W.F. Smith Co. March 30, 2011 Appraisal on 735 Louis Henna Blvd. | | | |
| 14 | Texas Secretary of State Forfeiture Filing for Tex-Val, L.P. | | | |

Respectfully submitted,

Graves, Dougherty, Hearon & Moody, P.C.
401 Congress Avenue
Suite 2200
Austin, TX 78701
Telephone: (512) 480-5620
Facsimile: (512) 480-5820

By: /s/ Christopher H. Trickey
    James V. Hoeffner
    State Bar No. 09772700
    Christopher H. Trickey
    State Bar No. 24014720

**Counsel for Wells Fargo Bank, N.A., successor-by-merger to Wachovia Bank, N.A.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of September, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to CM/ECF participants or I will mail by the United States Postal Service by first class mail to non-CM/ECF participants:

FSI-TexVal, LLC     *Via U.S. First Class Mail*
600 Round Rock West Drive Suite 404
Round Rock, Texas 78681

Amer J. Hammoud     *Via U.S. First Class Mail*
600 Round Rock West Drive Suite 404
Round Rock, Texas 78681

Mark Taylor
Hohmann, Taube & Summers, L.L.P.
100 Congress Avenue, 18th Floor
Austin, Texas 78701

Valerie L. Wenger
U.S. Trustee
903 San Jacinto Blvd., Rm. 230
Austin, TX 78701

/s/ Christopher H. Trickey
Christopher H. Trickey